UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

NANCY DAVID, ET AL.

VERSUS

BLUMBERG AND ASSOCIATES, INC., ET AL

CIVIL ACTION

NO. 17-648-JWD-EWD

**RULING**

The Court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Erin Wilder-Doomes dated May 11, 2018[1] to which no objection has been filed.

The Court hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein. Accordingly, the Motion to Remand[2] filed by plaintiffs Nancy David, Estate of Jeff David and Denham Springs Publishing Company, Inc., is DENIED. This matter is referred back to the Magistrate Judge for a scheduling conference.

Signed in Baton Rouge, Louisiana, on May 29th, 2018.

**JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**

---

1 R. Doc. 28
2 R. Doc. 14